No. 77–736.  NEW YORK STOCK EXCHANGE, INC., ET AL. *v.* HEIMANN, COMPTROLLER OF THE CURRENCY.  C. A. D. C. Cir. Certiorari denied.

No. 77–787.  TIDWELL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–898.  POMPONIO ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 77–900.  VELSICOL CHEMICAL CORP. *v.* UNITED STATES. C. A. 7th Cir.  Certiorari denied.

No. 77–901.  FRAKES *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–903.  MYERS *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 77–917.  WHITESIDE & CO. ET AL. *v.* NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., ET AL.  C. A. 5th Cir. Certiorari denied.

No. 77–936.  COASTAL STATES PETROCHEMICAL CO. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 77–946.  IANNONE ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 77–948.  ZANNINO *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–956.  PARKE, DAVIS & CO. *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL.  C. A. 6th Cir. Certiorari denied.

No. 77–974.  HALL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.